CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone:    (415) 436-7034
> Fax:             (415) 436-7234
> daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 25-00071-CRB |
| Plaintiff, | ) <br> ) STIPULATION AND [~~PROPOSED~~] <br> ) ORDER TO CONTINUE HEARING AND |
| v. | ) EXCLUDE TIME FROM JUNE 24, 2026 TO <br> ) JULY 1, 2026 |
| TEIGUE ALI BALINTON, AND <br> JOSH JAMES WEINMANN, | ) <br> ) |
| Defendants. | ) <br> ) |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Teigue Ali Balinton and Josh James Weinmann that the change of plea scheduled for June 24, 2025 be vacated and reset to July 1, 2026, and that time be excluded under the Speedy Trial Act from June 24, 2026 through July 1, 2026. The additional time is necessary for Pretrial Services to generate reports in connection with the change of plea, and to provide the Court sufficient time to review those reports and the parties' propose plea agreements.

The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act, so that the Court may consider a proposed plea agreements to be entered into by the

STIP. & ORDER TO CONT. & EXTEND TIME
Case No. CR 25-00071-CRB                           1

defendants and the government. *See* 18 U.S.C. § 3161(h)(1)(G). The parties further stipulate and agree that the ends of justice served by excluding the time from June 24, 2026 through July 1, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  June 23, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney

ILLOVSKY GATES & CALIA LLP

_____/s/_____
MATTHEW C. DIRKES
Counsel for Defendant
TEIGUE ALI BALINTON

_____/s/_____
ADAM V. PENNELLA
Counsel for Defendant
JOSH JAMES WEINMANN

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 24, 2026 through July 1, 2026 would unreasonably deny the Court the time necessary to consider a proposed plea agreements to be entered into by the defendants and the government. *See* 18 U.S.C. § 3161(h)(1)(G). The Court further finds that the ends of justice served by excluding the time from June 24, 2026 through July 1, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, with the consent of the parties, IT IS HEREBY ORDERED that the time from June 24, 2026 through July 1, 2026 shall be excluded from computation under the Speedy Trial Act.

STIP. & ORDER TO CONT. & EXTEND TIME
Case No. CR 25-00071-CRB                                    2

18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that the change of plea scheduled for June 24, 2026 be VACATED and RESET to July 1, 2026, at 10:00 am.

IT IS SO ORDERED.

DATED: ___June 25, 2026_____          _____
                                             HON. CHARLES R. BREYER
2101-1113-3187, v. 1                         United States Senior District Judge

STIP. & ORDER TO CONT. & EXTEND TIME
Case No. CR 25-00071-CRB                    3