CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Tel: (415) 436-7034
Fax: (415) 436-7234
daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEIGUE ALI BALINTON, and<br>JOSH JAMES WEINMANN,<br><br>Defendants. | NO. CR 25-00071-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM NOVEMBER 5, 2026 TO JANUARY 27, 2027 |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Teigue Ali Balinton and Josh James Weinmann that the status conference set for November 5, 2026 be vacated and reset to January 27, 2027.

The parties and Pretrial Services believe that a continuance is appropriate in view of the status reports from Pretrial Services stating that both defendants are fulfilling their requirements during the first 120 days in the LEADS program. Thus, the parties and Pretrial Services agree that a check-in with the Court is unnecessary at this time but instead should occur in another 60 days – i.e., six months into their participation in the LEADS program.

IT IS SO STIPULATED.

DATED: November 2, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

ILLOVSKY GATES & CALIA LLP

/s/
MATTHEW C. DIRKES
Counsel for Defendant
TEIGUE ALI BALINTON

/s/
ADAM V. PENNELLA
Counsel for Defendant
JOSH JAMES WEINMANN

**ORDER**

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference scheduled for November 5, 2026 is VACATED and RESET to January 27, 2027, at 10:00 am.

IT IS SO ORDERED.

DATED: November 3, 2026

HON. CHARLES R. BREYER
Senior United States District Judge

2101-1113-3187, v. 1